# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CATHERINE NADOLSKY | : | No. 143 WAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| UPMC ALTOONA REGIONAL HEALTH | : | |
| SYSTEM (WORKERS' COMPENSATION | : | |
| APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: CATHERINE NADOLSKY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.